Case 1:23-cr-00317-TSC   Document 30   Filed 02/22/24   Page 1 of 2

## RE: [EXTERNAL] Re: Plea Offer - Nhi Ngoc Mai Le (23-cr-317)

From: Mumma, Madison (USASPC) (madison.mumma2@usdoj.gov)

To: hhsesq@aol.com

Date: Thursday, September 21, 2023 at 05:22 PM EDT

Unfortunately, our standard plea offers have changed since the *Little* D.C. Circuit decision because we can no longer asked for both incarceration and probation for petty offenses. This is now what we are offering all defendants who quickly entered/exited.

---

**From:** Heather Shaner <hhsesq@aol.com>
**Sent:** Thursday, September 21, 2023 5:17 PM
**To:** Mumma, Madison (USASPC) <MMumma@usa.doj.gov>
**Subject:** [EXTERNAL] Re: Plea Offer - Nhi Ngoc Mai Le (23-cr-317)

One count parading? Why 2 counts? She was inside 5 minutes

H Heather Shaner

On Sep 21, 2023, at 11:24 AM, Mumma, Madison (USASPC) <Madison.Mumma2@usdoj.gov> wrote:

Good morning again,

I've been authorized to issue Ms. Le a plea offer in this matter. The draft plea agreement, statement of offense, and waiver of jury trial form are attached. If Ms. Le finds the term of this offer to be agreeable, please have her sign all three documents and send them back to me by **October 16, 2023.**

Please let me know if there's anything you'd like to discuss in the meantime. I'll be in trial October 2-6, but am otherwise available.

Unrelatedly, I saw you were previously counsel for Mr. Andrew Johnson, one of my cases currently set for trial. All I can say is that I hope this case has a smoother trajectory than Mr. Johnson's!

Thank you,

Maddy Mumma

Trial Attorney

Detailed to DC-USAO

(202) 431-8603

<Statement of Offense (Le).pdf>

<Plea Agreement (Le).pdf>

<Le - Waiver of Jury Trial.pdf>